UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CR409-221 |
| | ) | |
| KAREN POWE, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Karen Powe stands accused of violating the conditions of her supervised release. (Doc. 31.) She was arrested within the Western District of Texas, where she had an initial appearance under Fed. R. Crim. P. 32.1 on August 11, 2016. She was detained and ordered removed to this district for further proceedings.

The undersigned then scheduled this matter for a preliminary hearing pursuant to Rule 32.1(b)(1). (Doc. 37.) The defendant has indicated that she wishes to waive her right to a preliminary hearing. (Doc. 41.) The rule affords her this privilege. Fed. R. Crim. P.

1

32.1(b)(1) ("The person may waive the [preliminary] hearing."). Accordingly, the Court hereby cancels the scheduled preliminary hearing in this case. The United States Probation Office shall forthwith prepare a revocation report for the District Judge in advance of the soon-to-be-scheduled revocation hearing.

**SO ORDERED** this  7th  day of September, 2016.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA